UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:00-CR-78-2F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN DAVID BROOKS | MOTION FOR REDUCTION OF<br>SENTENCE UNDER 18 U.S.C. § 3582(c) |

     The petitioner, Benjamin David Brooks, by and through undersigned counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782, for an order reducing his guideline range based on the 2014 retroactive amendments to the drug guidelines. Mr. Brooks respectfully requests that this motion be granted and that the Court grant him a sentence reduction in accordance with 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782. Mr. Brooks's projected release date is November 4, 2016. He has had no institutional infractions since his incarceration and has participated in several educational classes during his incarceration. It is respectfully requested that his sentence be reduced by no less than 24 months to a term of no more than 144 months.

                                            */s/ Suzanne Little*
                                            SUZANNE LITTLE
                                            Assistant Federal Public Defender
                                            Attorney for Defendant
                                            Office of the Federal Public Defender
                                            150 Fayetteville Street, Suite 450
                                            Raleigh, North Carolina 27601
                                            Telephone: 919-856-4236
                                            Fax: 919-856-4477
                                            E-mail: Suzanne_Little@fd.org
                                            Virginia State Bar No. 31344
                                            LR 57.1 Counsel
                                            Appointed

*CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

LESLIE K. COOLEY
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on November 19, 2014, using the CM/ECF system which will send notification of such filing to the above.

      This the 19th day of November, 2014.

                                    ***/s/ Suzanne Little***
                                    SUZANNE LITTLE
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    150 Fayetteville Street, Suite 450
                                    Raleigh, North Carolina 27601
                                    Telephone: 919-856-4236
                                    Fax: 919-856-4477
                                    E-mail: Suzanne_Little@fd.org
                                    Virginia State Bar No. 31344
                                    LR 57.1 Counsel
                                    Appointed